UNITED STEEL WORKERS OF AMERICA, LOCALS 2391 AND 3225, PLAINTIFFS *v.* U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 94–02–00125

(Dated January 29, 1996)

### ORDER

MUSGRAVE, *Judge:* Upon consideration of Plaintiffs' consent motion requesting the Court to sustain the Secretary of Labor's Revised Determination on Reconsideration, dated December 15, 1995, and dismiss this action, it is hereby

ORDERED that the Secretary of Labor's Revised Determination on Reconsideration is sustained in its entirety, and it is further

ORDERED that this action is dismissed.